IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BRIAN KEITH TERRELL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | 5:05-CV-61 (DF) |
| : | |
| **LT. TONY HENDERSON and** : | |
| **LT. STEVE GOEN,** : | |
| : | |
| **Defendants.** : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on January 20, 2006 (doc. 10). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Defendants' Motion to Dismiss (doc. 8) is hereby **GRANTED** as uncontested.

SO ORDERED, this 6th day of April, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/jab